UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FIGURE 8 TECHNOLOGIES, INC.,

               Plaintiff,

v.

CALINET, LLC, et al.,

               Defendants.

CASE NO. 1:13-CV-01139 AWI JLT

**ORDER AFTER NOTICE OF SETTLEMENT**

      On January 3, 2014, Plaintiff filed a notice of settlement indicating that the entire matter had been settled.  (Doc. 18)  Pursuant to Local Rule 160, **IT IS HEREBY ORDERED**:

      1.     The parties **SHALL** file a stipulated request for dismissal no later than **January 31, 2014**; and

      2.     All pending dates, motions, conferences and hearings, including the trial date, are **VACATED**.

**Failure to comply with this order may be grounds for the imposition of sanctions on counsel or the parties who contributed to violation of this order.  See Local Rules 110, 160.**

IT IS SO ORDERED.

    Dated:   __**January 6, 2014**__          _____**/s/ Jennifer L. Thurston**
                                        UNITED STATES MAGISTRATE JUDGE