William A. Bruce, State Bar No. 91633
 *bbruce@kleinlaw.com*
T. Todd Egland, State Bar No. 240911
 *tegland@kleinlaw.com*
KLEIN, DENATALE, GOLDNER,
 COOPER, ROSENLIEB & KIMBALL, LLP
4550 California Avenue, Second Floor
Bakersfield, California 93309
P.O. Box 11172
Bakersfield, California 93389-1172
Telephone: (661) 395-1000
Facsimile: (661) 326-0418

Attorneys for Plaintiff Figure 8 Technologies, Inc.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| FIGURE 8 TECHNOLOGIES, INC., a North Carolina corporation,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CALINET, LLC, et al.<br><br>　　　　　Defendants. | Case No. 1:13-CV-01139-AWI-JLT<br><br>**Order of Dismissal with Prejudice** |

　　　Based on the *Stipulation for Dismissal with Prejudice* filed on March 7, 2014, as docket number 21, and good cause appearing, the above captioned action is dismissed in its entirety with prejudice.

IT IS SO ORDERED.

Dated:  March 9, 2014  　　　　　　　 _____
　　　　　　　　　　　　　　　　　　　　　SENIOR  DISTRICT  JUDGE