**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FIGURE 8 TECHNOLOGIES, INC<br><br>        Plaintiff,<br><br>   v.<br><br>CALINET, LLC, et al.,<br><br>        Defendants. | Case No.: 1:13-cv-01139 - AWI - JLT<br><br>ORDER DISCHARGING THE ORDER TO SHOW CAUSE DATED MARCH 7, 2014<br><br>(Doc. 20) |

On March 7, 2014, the Court issued an Order to Show Cause to the parties for failure to comply with the Court's order dated January 6, 2014. (Doc. 20.) The parties have filed a stipulation for dismissal in compliance with the Order to Show Cause. (Doc. 21.) Accordingly, **IT IS HEREBY ORDERED** that the Order to Show Cause dated March 7, 2014 is **DISCHARGED**.

IT IS SO ORDERED.

Dated: **March 11, 2014**        /s/ Jennifer L. Thurston
                                                    UNITED STATES MAGISTRATE JUDGE